**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 6 2009

Civil Action No. **'09 - CV - 01204** *BnB*

GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

ARTURO MURILLO,

      Applicant,

v.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

      Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to

28 U.S.C. § 2254.  He has failed either to pay the $5.00 filing fee or to file a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas

Corpus Action.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the

court has determined that the submitted document is deficient as described in this

order.  Notwithstanding the deficiencies, the clerk of the court will be directed to

commence a civil action.  Applicant will be directed to cure the following if he wishes to

pursue his claims.  Any papers which the Applicant files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __X__    is not submitted
(2)    __     is missing affidavit

(3)    __     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)    __     is missing certificate showing current balance in prison account

(5)    __     is missing required financial information

(6)    __     is missing an original signature by the prisoner

(7)    __     is not on proper form (must use the court's current form)

(8)    __     names in caption do not match names in caption of complaint, petition or habeas application

(9)    __     An original and a copy have not been received by the court. Only an original has been received.

(10)    X     other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application**:

(11)    __     is not submitted

(12)    __     is not on proper form (must use the court's current form)

(13)    __     is missing an original signature by the prisoner

(14)    __     is missing page nos. ___

(15)    __     uses et al. instead of listing all parties in caption

(16)    __     An original and a copy have not been received by the court. Only an original has been received.

(17)    __     Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)    __     names in caption do not match names in text

(19)    __     other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Applicant

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together

with a copy of this order, two copies of the following form(s): Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus

Action. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _22d_ day of _May_ _____, 2009.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '09 - CV - 01204

Arturo Murillo
Prisoner No.  132674
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751


     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action** to the above-named individuals on  5/26/09


GREGORY C. LANGHAM, CLERK

By:_____
                      Deputy Clerk